JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANN SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00312-JLT-BAM<br><br>STIPULATION AND |~~PROPOSED~~| ORDER FOR SECOND EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  March 24, 2022 to May 23, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time in this matter, but the first for the Opening Brief.  Good cause exists for this extension.  As this Court is well aware, Social Security case filings in federal court increased due to a

1

combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels.  Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts.  In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 60 cases in November and December 2021.

For the weeks of March 14, 2022 and March 21, 2022, Counsel for Plaintiff has 13 merit briefs, and several letter briefs and reply briefs.  For the month of April 2022, Counsel has over 20 merit briefs currently calendared, with that number expected to grow.

Furthermore, Counsel for the Plaintiff has a pre-planned major surgery the week of March 14, 2022.  Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Counsel for the Plaintiff does not intend to further delay this matter.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 10, 2022         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: March 14, 2022 | PHILLIP A. TALBERT |
| 2 | | United States Attorney |
| | | PETER K. THOMPSON |
| 3 | | Acting Regional Chief Counsel, Region IX |
| 4 | | Social Security Administration |

By:  *\*/s/ Sharon Lahey*
Sharon Lahey
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on March 14, 2022)

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a sixty-day (60) day extension of time to file her Opening Brief is GRANTED. Plaintiff shall file her Opening Brief on or before May 23, 2022. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **March 15, 2022**            /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE